# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| Case No. | CR 22-00136 (A) DSF | Date | February 6, 2023 |
|---|---|---|---|

**Present: The Honorable** DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Renee Fisher | Pat Cuneo | Lauren Restrepo, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronnie Tus Hoang | √ | √ | | Kim Savo, DFPD | √ | √ | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary ☐ Contested

√  Refer to separate Judgment & Probation/Commitment Order.

√  The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√  Defendant informed of right to appeal.

√  Other:  The Court recommends that the defendant be designated to a Bureau of Prisons facility in the State of Washington.

   The Court has no objection to a request by defendant for a treaty transfer to Canada.